UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Household Realty Corp.,**

    **Plaintiff,**

**-v-**

**Quincy Harris, et al.,**

    **Defendant.**

**Case No. C-3-07-138**

**Judge Thomas M. Rose**

**Magistrate Judge Sharon L. Ovington**

---

**ENTRY AND ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS (Doc. # 12) AND TERMINATING THIS CASE**

---

Now before the Court is Plaintiff's Motion To Dismiss its complaint in foreclosure. Plaintiff seeks to dismiss its foreclosure complaint because it has received reinstatement funds from the Borrower. Because of the receipt of reinstatement funds from the Borrower, there is presumably no longer a case or controversy between the Parties. Without a case or controversy, the Plaintiff has no standing and this Court has no subject matter jurisdiction over Plaintiff's Complaint. Therefore, Plaintiff's Motion To Dismiss is GRANTED and Plaintiff's Complaint is DISMISSED without prejudice at Plaintiff's costs. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

    **DONE** and **ORDERED** in Dayton, Ohio, this Thirteenth day of December, 2007.

    s/Thomas M. Rose

    THOMAS M. ROSE
    UNITED STATED DISTRICT JUDGE

Copies furnished to:  Counsel of Record